**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0774-REB-MJW

MELINDA DIMARCO,

    Plaintiff,

v.

CB RICHARD ELLIS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 13, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#26]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice**, [#26], filed on December 13, 2005, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 13, 2005, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Robert E. Blackburn
                                            Robert E. Blackburn

United States District Judge